Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Leucy Mendez-Mattos # 23504-069 )
FCI Gilmer )
PoBox 6000 )
Glenville, WV, 26351 )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
Petitioner, )
vs. )
)
R. Brown Warden, FCI Gilmer )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
)
Respondent. )

FILED
JUL 06 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. __5:23-cv-247__
(to be assigned by Clerk)

Bailey, Mazzone, Prince

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

☐   a conviction
☐   a sentence
☐   jail or prison conditions
☐   prison disciplinary proceedings
☐   a parole problem
☒   other, state briefly: _Denial of First Step Act Credit Time Days_

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   Federal District Court of Puerto Rico.
   _____

4. List the case number, if known: 3:13-CR-00859-001

5. List the nature of the offense for which the sentence was imposed:
   21 USC § 846(c) Conspiracy to possess, with intent to
   Distribute.

6. List the date each sentence was imposed and the terms of the sentence:
   240 months, 5/6/2014
   _____

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐ Yes   ☑ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes   ☑ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

Attachment A

      2.    Nature of Proceeding: _____
      3.    Grounds Raised: _____
      4.    Did you receive an evidentiary hearing ?  ☐ Yes  ☐ No
      5.    Result: _____
      6.    Date of Result: _____

B.    Second post-conviction proceeding:
      1.    Name of Court: _____
      2.    Nature of Proceeding: _____
      3.    Grounds Raised: _____
      4.    Did you receive an evidentiary hearing ?  ☐ Yes  ☐ No
      5.    Result: _____
      6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1.    First proceeding:  ☐ Yes  ☐ No  Result: _____
      2.    Second proceeding: ☐ Yes  ☐ No  Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.  Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D.  Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E.  There is an unlawful detainer lodged against me.
F.  I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G.  The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: Denial of Congressionally Mandated Earned Credit Time Days, For Participation in First Step Act.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place). See Supporting Brief Attatched at "Ground One"

B. Ground two:

In The United States District Court
Northern District of West Virginia

Leucy Mendez-Matos
#23504-069

    v.        Case No: 5:23-cv-274

                  (To be Supplied by clerk)
R. Brown, Warden    Bailey, Mazzone, Prince
FCI Gilmer

## Supporting Brief, GROUND ONE.

1) Petitioner Did Exhaust Remedies and in the process the C-Unit Manager Mr. Clem, met with Petitioner on 6-9-23. See Exhibit "A", which is a "Request For Administrative Remedy", Case# 1163719-F1. That has been signed And Dated By Mr. Clem, with his Job title and Dated 6-9-20203. The Response says "FSA Eligible Informally Resolved with Unit Team." But He Has Not Recieved His Credit Days.

2) Petitioner was told At this Meeting He would Recieve 365 Days in Credit Time He is Owed by the Facility. For the First Step act and the Federal time Credits He is Owed. No Release Dates have Changed of His.

(1)

3) Petitioner has Completed over 430 Hours of Program time in First step EBRR classes, as well as 2 other Certificate Programs. There is No Question of His Participation in Productive Activities or FSA Programs. The facility Had him listed as Ineligible Because of an "ICE" Detainer. A Recent Change to P.S. 5410.01 Happened During Yufenyuy v. Warden, FCI Berlin, Case No. 22-cv-443AJ this BOP Change makes Petitioner Eligible as Petitioner Shows the Case Manager Agrees.

4) The Controlling Statute, for FSA Credit Days is 18.USCS §3632. At 18 USCS 3632(d)(4)(c) it states Time Credits Shall be Applied toward Pre-Release or Supervised Release. That Prisoners earn our Credits As we progress in Programs and other Productive Activities, No where Does it Say the BOP Cannot give FSA Credit Days if Prisoners Score "High or Medium" Risk of Recidivism or That the BOP can Just Not give Petitioner the Earned Credit time He has earned For Any Reason they so Choose. It is Congressionally Mandated and Petitioner has Participated for YEARS in the First Step Act and Is Owed these Credit Time Days.

5) Please look at Exhibit "B" a Computation

(2)

cont 5.) Computation of Data, printed on 6-20-2023 Almost 2-weeks After "Unit Team" Says Petitioner Is Eligible to get his Time Credits From FSA participation. Petitioner Recieved 240 months on His Charges. (20 yrs) the BOP gives 15% Reductions for good Behavior, that is 2.9 years, Making his Release Date 3-3-2031 If He Had Recieved His First Step Act Credit Days His Release Date would be 3-3-2030.

Exhibit "B" Reflects that NO Credit Days Have been Awarded that Are Owed to Him.

## Summary

Petitioner Followed Administrative Remedies until Unit Team Told him he was going to be given His Credit Days and He was now "Eligible"; But it seems thats as Far As FCI Gilmer staff went Because He Has not been given Any Credit Time He's been owed. That is the Purpose of this §2241 He thanks the Court for their time And prays they GRANT Him Relief.

Respectfully
Lewry mendes matos
Levry Mendez-Matos

Attachment A

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C. Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D. Ground four:

_____
_____
_____
_____
_____

**Attachment A**

Supporting facts:

_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A.  Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☒ Yes   ☐ No

   1.  If your answer to "A" above was yes, what was the result: I Followed the Administrative Remedies and was Rejected. (On 2-25-23 Filed & Denied on 4-1-23) Then on the "Request For Administrative Remedy" Form on 6-9-2023 I met with Case Manager "Clem" where He Says "FSA Eligible" on the Document, Told me He would give me my year off, But I haven't Recieved them yet. See Attached Form Exhibit "A."

**Attachment A**

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes  ☒ No

1. If your answer to "B" above was yes, what was the result:
_____
_____
_____

2. If your answer to "B" above was no, explain:
Case Manager Agreed I'm owed 1 Year of Credit Time Days But they Have Not Been Applied to my Calculation. Since 6-9-2023.

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

Please Order the Facility to give me my credit time and to stop withholding them please.
_____
_____
_____
_____

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

Signed this __28__ day of __6__, __2023__.
       (day)              (month)         (year)

_Jewy mendes matos_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __6-28-2023__   _Jewy mendes matos_
                                    Your Signature

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Levcy Mendez-Matos
23504-069
_Your full name_

v.

R. Brown Warden
FCI Gilmer

Civil Action No.: 5:23-cv-247

Bailey, Mazzone, Prince

_Enter above the full name of respondent in this action_

## Certificate of Service

I, Levcy Mendez-Matos (your name here), appearing *pro se*, hereby certify that I have served the foregoing § 2241 Habeas (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 6/28/23 (insert date here):

(List name and address of counsel for respondent)

Levry mendez matos
(sign your name)